**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2020 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 179 DB 2013 |
| v. | : | |
| | : | Attorney Registration No. 92346 |
| DANIELLE M. ROSS, | : | |
| Respondent | : | (Lackawanna County) |

**O R D E R**

**PER CURIAM**

AND NOW, this 24th day of September, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is hereby granted, and Danielle M. Ross is suspended on consent from the Bar of this Commonwealth for a period of twenty-six months, retroactive to March 6, 2014, and she shall comply with all the provisions of Pa.R.D.E. 217.